The People of the State of New York, Respondent, v. James Gibson and Others, Appellants.— Judgment modified by reducing the sentence to the time already served by defendants, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of Ralph Simmonds Corporation, Petitioner, for a Certiorari Order against Albert Conway, as Superintendent of Insurance of the State of New York, Respondent.— Order of certiorari sustained, determination annulled and the license of petitioner reinstated, with fifty dollars costs and disbursements to the petitioner, upon the ground that the facts proved do not constitute a violation of the statute (Ins. Law, § 65).■ Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Sinclair Refining Co., Inc., Respondent, v. Greenwood Service Stations, Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Eugene Nolan, Sr., as Administrator of Eugene Nolan, Jr., Deceased, Respondent, v. Yellow Taxi Corporation, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $9,282.31, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; O'Malley and Sherman, JJ., dissent and vote for affirmance.

Howard Eric and Louis J. Drevers, Respondents, v. Chester A. Gumpert, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Abraham Sadow, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of an Arbitration of and Concerning Certain Matters in Difference between Samuel Tannenbaum, Respondent, and Morris Sadof, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.